IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Walter Glass, ) | C/A No.: 1:20-1972-SAL-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Jasmine Hill; Officer Cunningham; ) | |
| Tyatta Davis; and Wali Khan, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Walter Glass ("Plaintiff"), proceeding pro se and in forma pauperis, filed an complaint alleging defendants violated his constitutional rights. [ECF No. 1]. By order dated June 8, 2020, service of process of the complaint was authorized. [ECF No. 12]. On August 17, 2020, the summons for defendant Cunningham was returned unexecuted. [ECF No. 18]. In the "Remarks" section of the Forms USM-285, the United States Marshals Service ("USMS") indicated the South Carolina Department of Corrections Office of General Counsel could not accept service on behalf of this defendant and stated "more than one defendant." *Id.*

Plaintiff was previously warned: "Plaintiff must provide, and is responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified defendant. Unserved defendants may be dismissed as parties to

this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 12 at 2]. Plaintiff is directed to complete by **October 6, 2020**, a Form USM-285 that provides additional information to allow the USMS to serve defendant. If Plaintiff fails to do so, the undersigned will recommend Cunningham be dismissed.

    IT IS SO ORDERED.

September 22, 2020                    Shiva V. Hodges
Columbia, South Carolina         United States Magistrate Judge