IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Walter Glass, | ) C/A No.: 1:20-1972-SAL-SVH |
|           Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| Jasmine Hill; Cunningham; Tyatta Davis; and Wali Khan, | ) |
|           Defendants. | ) |

This action was filed by Plaintiff on May 22, 2020. Pursuant to the scheduling order entered by the court and subsequent extensions, the deadline for filing dispositive motions, if any, was April 30, 2021. [ECF Nos. 24, 40, 49, 58]. This deadline has now expired.

Because no dispositive motions were filed,[1] this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

    IT IS SO ORDERED.

May 3, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

[1] This order does not affect Defendants' obligation to provide Plaintiff with discovery responses by May 7, 2021. [ECF No. 61].