IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Walter Glass,<br><br>     Plaintiff,<br><br>v.<br><br>Jasmine Hill, Tyatta Davis, and Wali Khan,<br><br><br>     Defendants. | Case No.: 1:20-01972-SAL<br><br><br>**ORDER** |

On May 3, 2021, Magistrate Judge Shiva V. Hodges properly forwarded this matter to the court as the parties had failed to file dispositive motions by April 30, 2021, and the case was deemed ready for trial.  [ECF No. 63.]  However, on July 28, 2021, this court excused Plaintiff's late-filed Motion for Summary Judgment, ECF No. 75, and issued an amended scheduling order extending the deadline for motions until September 15, 2021.  Both parties have since filed timely Motions for Summary Judgment.  [ECF Nos. 84, 88.]

As a result, the court recommits this case to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) for issuance of a report and recommendation on the dispositive pre-trial motions.

   **IT IS SO ORDERED.**

                /s/Sherri A. Lydon
November 9, 2021         Sherri A. Lydon
Florence, South Carolina      United States District Judge